JPML FORM 1A                    DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 282 -- IN RE SOUTH CENTRAL STATES BAKERY PRODUCTS ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 11/2/76 | 1. | MOTION AND SUPPORTING BRIEF -- By Cotton Baking Co., Inc., Cotton's, Inc. and Cotton's Quachita Bakery, Inc. -- with Schedule A listing 4 of the 5 involved actions and certificate of service on involved counsel and clerks. REQUESTED TRANSFEREE FORUM: Western District of Louisiana REQUESTED TRANSFEREE JUDGE: Judge Edwin F. Hunter, Jr. |
| 11/11/76 | | APPEARANCES -- Phillip A. Wittmann for Wolf Baking Co., Inc. C. Coleman Bird for Cotton Baking Co., Inc., Cotton's Quchita Bakery, Inc., Cotton Bros. Baking Co., Inc. and Cotton's, Inc. William H. Jeffress, Jr. for Huval Baking Co., Inc. William E. Gandy for Ideal Baking Co. of Paris, Inc. |
| 11/17/76 | | REQUEST FOR EXTENSION -- COLONIAL BAKING CO.  --GRANTED TO ALL TO DECEMBER 17, 1976 |
| 11/17/76 | 2 | RESPONSE -- WOLF BAKING CO. w/cert. of service |
| 11/17/76 | 3 | RESPONSE -- DANIEL D. RIDDLE, BETTY HINTON, MILLER'S FOOD AND JAMES LLOYD JOHNSON w/cert. of service |
| 11/18/76 | 4 | RESPONSE -- HUVAL BAKING CO., INC. w/cert. of service |
| 11/19/76 | 5 | RESPONSE -- IDEAL BAKING COMPANY OF PARIS, INC. w/cert. of service |
| 11/22/76 | | LETTER -- MOVANT's requesting motion be amended to include B-1 w/service indicated |
| 11/22/76 | | APPEARANCE-- ARTHUR GOCHMAN, ESQUIRE for James Lloyd Johnson, Jr., Miller's Food Corp., Betty Hinten and Daniel D. Riddle |
| 12/17/76 | 7 | RESPONSE -- JAMES L. MISSILDINE w/cert. of service |
| 12/17/76 | 8 | RESPONSE -- (SUPPLEMENTAL RESPONSE) HUVAL BAKING CO. w/cert. of service |
| 12/17/76 | 6 | RESPONSE -- COLONIAL BANKING CO. OF GULFPORT w/cert of service |
| 12/17/76 | 9 | RESPONSE -- COLONIAL BAKING CO. OF EL DORADO w/cert. of service |
| 12/21/76 | | HEARING ORDER -- Setting A-1 through A-5 and B-1 for hearing Jan 28, 1977, Miami, Florida |
| 12/22/76 | 10 | REPLY BRIEF -- MOVANTS w/cert of service |
| 1/25/77 | | WAIVER OF ORAL ARGUMENT -- Colonial Banking Company of Gulfport and Colonial Banking Company of El Dorado. 1/28/77 hearing in Miami, Fl. |
| 7/11/77 | | OPINION & ORDER transferring A-1 thru B-1 to the M.D. of Louisiana & assigned to Judge E. Gordon West under 28 U.S.C. §1407 |
| 7/11/77 | | CONSENT OF TRANSFEREE COURT -- for Judge West to handle litigation in the M.D. of Louisiana under Section 1407. |
| 9/7/78 | | ORDER REASSIGNING LITIGATION to the Honorable Charles Schwartz, Jr. (E.La.) (ea). |
| 9/8/78 | 11 | MOTION FOR REMAND, RECONSIDERATION OR DESIGNATION OF A JUDGE, BRIEF AND CERT. OF SVC. -- James L. Missildine. (ea) |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. 2

DOCKET NO. 282 -- IN RE SOUTH CENTRAL STATES BAKERY PRODUCTS ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 9/26/78 | 12 | OPPOSITION TO MOTION TO REMAND -- Huval Baking Co., Inc. w/cert. of svc. (ea) |
| 9/27/78 | 13 | RESPONSE, MEMORANDUM IN OPPOSITION AND CERT. OF SVC. to motion for remand, filed by defendant Wolf Baking Co., Inc. (ea) |
| 9/27/78 | 14 | OPPOSITION, MEMORANDUM AND CERT. OF SVC. to motion for remand filed by defendants Cotton Bros. Baking Co., Inc., et al. (ea) |
| 9/27/78 | 15 | MEMORANDUM, OPPOSITION AND CERT. OF SVC. to motion for remand filed by Colonial Baking Co. of Gulfport and Colonial Baking Co. of El Dorado. (ea) |
| 10/3/78 | 16 | OPPOSITION, MEMORANDUM AND CERT. OF SVC. to motion for remand filed by Ideal Baking Co. (ea) |
| 10/6/78 | | HEARING ORDER -- Setting A-4 Missildine v. Ideal Baking Co. of Paris, Inc., et al.,M.D.La.,C.A.No. 77-283; B-1 Missildine, d/b/a Avery 7-11 Stores, et al.,M.D.LA, C.A.No. 78-285 for hearing to be held in Jacksonville, Fla. on 11/1/78. (emh) |
| 10/25/78 | | HEARING APPEARANCES: HOWARD A. SPECTER, ESQ. FOR James L. Missildine<br>PHIL WITTMANN, ESQ. FOR All defendants<br>C. COLEMAN BIRD, ESQ. FOR Cotton Bros. Baking Co., Inc., et al.<br>WILLIAM H. JEFFRESS, ESQ. FOR Huval Baking Co.,Inc. |
| 10/25/78 | | WAIVER OF ORAL ARGUMENT: ARTHUR GOCHMAN, ESQ. FOR DANIEL D. RIDDLE, et al (cds |

JPML FORM 1A - Continuation                                    DOCKET ENTRIES -- p.____

DOCKET NO. 282 -- _____

| Date | Ref | Pleading Description |
|---|---|---|
| 12/18/78 | | OPINION AND ORDER -- Denying remand of A-5 and B-1 to E.D.Texas pursuant to 28 U.S.C. §1407. (emh) |

O&O, 7/11/77  433 F. Supp. 1127
O&O dated 12/18/78  426 F. Supp. 388

DOCKET NO. 282 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE SOUTH CENTRAL STATES BAKERY PRODUCTS ANTITRUST LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s)  1/28/77   11/1/78

Consolidation Ordered  7/11/77          Consolidation Denied _____

Opinion and/or Order
Citation _____

Transferee District  W.D. LA.       Transferee Judge  CHARLES SCHWARTZ, JR. (E. LA.)
                                                       E. GORDON WEST

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Daniel D. Riddle d/b/a Riddle's Restaurants, et al. v. Huval Baking Co., Inc., et al. | W.D.La. Hunter | 76-1125 | 7/11/77 | 77-277 | 2/12/82 | |
| A-2 | Betty Hinton d/b/a Betty's Grocery, et al. v. Colonial Baking Co. of El Dorado, et al. | W.D.La. Dawkins | 76-1124 | 7/11/77 | 77-276 | 2/12/82 | |
| A-3 | Miller's Food Corp., et al. v. Cotton's, Inc., et al. | M.D.La. West | 76-329 | | | 2/12/82 | |
| A-4 | James L. Missildine, etc. v. Ideal Baking Company of Paris, Inc., et al. | E.D.Tex. Justice | P 75-14-CA | 7/11/77 | 77-283 | 11/12/80 | |
| A-5 | James Lloyd Johnson, Jr., et al. v. Ideal Baking Company of Paris, Inc., et al. | E.D.Tex. Fisher | M 76-10-CA | 7/11/77 | 77-254 | 11/12/80 | |
| B-1 | James L. Missildine, d/b/a Avery 7-11 Store, et al. v. Cotton's Inc., et al. | E.D.Tex Justice | P-76-47-CA | 7/11/77 | 77-285 | 11/12/80 | |

July 1978 - 5 TR / 1 XYZ / 6 Mfg.
July 1979 - Same
July 1980 - Same
July 1981 - 3 Dis / 3 Mfg
July 1982 - Closed

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 282 -- IN RE SOUTH CENTRAL STATES BAKERY PRODUCTS ANTITRUST LITIGATION

---

DANIEL D. RIDDLE d/b/a RIDDLE'S
   RESTAURANTS, ET AL. (A-1)
BETTY HINTON d/b/a BETTY'S GROCERY,
   ET AL. (A-2)
MILLER'S FOOD CORP., ET AL. (A-3)
JAMES LLOYD JOHNSON, JR., ET AL. (A-5)
Arthur Gochman, Esquire
Gochman & Weir
331 San Antonio Bank & Trust Building
San Antonio, Texas  78205


JAMES L. MISSILDINE, ETC. (A-4) & (B-1)
Howard A. Specter, Esquire
Litman, Litman, Harris & Specter, P.A.
1320 Grant Building
Pittsburgh, Pennsylvania  15219


COTTON BAKING CO., INC.
COTTON'S, INC.
COTTON'S QUACHITA BAKERY, INC.
COTTON BROS. BAKING CO., INC.
C. Coleman Bird, Esquire
Wald, Harkrader & Ross
1320 19th St., N.W.
Washington, D.C.  20036


IDEAL BAKING COMPANY OF PARIS
William E. Gandy, Esquire
McWhirter, Gandy & Waldrum
753 Lamar Avenue
Paris, Texas  75460


WOLF BAKING CO., INC.
Gordon Pugh, Esquire
Breazeale, Sachse & Wilson
701 Fidelity National Bank Bldg.
Baton Rouge, La.  70801


HUVAL BAKING CO., INC.
William H. Jeffress, Jr., Esquire
Miller, Cassidy, Larroca & Lewin
2555 M St., N.W., Suite 500
Washington, D.C.  20037


COLONIAL BAKING COMPANY OF EL DORADO
COLONIAL BAKING COMPANY OF GULFPORT
Tom F. Phillips, Esquire
Taylor, Porter, Brooks & Phillips
Louisiana National Bank Bldg.
451 Florida Blvd.
Baton Rouge, Louisiana  70821

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 282 -- IN RE SOUTH CENTRAL STATES BAKERY PRODUCTS ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| HUVAL BAKING CO., INC. | A-1  A-3  B-1 |
| COTTON BROS. BAKING CO., INC. | A-1  A-4  A-5  B-1 |
| WOLF BAKING CO., INC. | A-1  A-2  A-5 |
| COLONIAL BAKING CO OF EL DORADO | A-2  B-1 |
| COTTON'S QUACHITA BAKERY INC. | A-2  B-1 |
| COTTON'S INC. | A-3  B-1 |
| COLONIAL BAKING CO. OF GULFPORT | A-3  B-1 |
| WOLF BAKING CO. INC. | A-3  A-4 |
| IDEAL BAKING CO. OF PARIS, INC. | A-4  A-5 |
| COTTON BAKING CO. | |
| | |